```
              UNITED STATES DISTRICT COURT
                 DISTRICT OF MINNESOTA
                  08-CV-4252(JMR/RLE)
```

Donald Kakaygeesick            )
                               )
        v.                     )    ORDER
                               )
Ken Salazar et al.             )

This matter is before the Court for consideration of the Report and Recommendation issued by the Honorable Raymond L. Erickson, United States Chief Magistrate Judge, on July 14, 2009 [Docket No. 36]. Petitioner, acting pro se, timely filed objections pursuant to Local Rule 72.2.

Based on a de novo review of the record, the Court adopts the Magistrate's Report and Recommendation.

Accordingly, IT IS ORDERED that respondents' motion for summary judgment [Docket No. 18] is granted.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: September 4, 2009


                              s/ JAMES M. ROSENBAUM
                              JAMES M. ROSENBAUM
                              United States District Judge